**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HNHC MANAGEMENT, LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**GIVING BETTER LIVES, LLC, and DYSHEA UPSHAW,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-5737** |

**O R D E R**

**AND NOW**, this 28th day of August, 2026, it is hereby **ORDERED** as follows:

1. Upon consideration of the Motion to Dismiss (ECF No. 12) it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

2. Counts II and III of the Amended Complaint are **DISMISSED WITH PREJUDICE**.

3. Count IV of the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff's requests for attorney's fees and punitive damages on the remaining breach of contract claim are **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiff's request for the appointment of a custodian pursuant to 15 Pa. C.S. § 1767 is **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**